UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JO-ANN STORES, LLC, | CASE NO. C19-1831JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | REGARDING DIVERSITY JURISDICTION |
| SOUND PROPERTIES, LLC, | |
| Defendant. | |

Before the court is Plaintiff Jo-Ann Stores, LLC's ("Jo-Ann") complaint. (Compl. (Dkt. # 1).) Having reviewed the complaint, the court finds that Jo-Ann has failed to allege an adequate basis for subject matter jurisdiction. The court therefore orders Jo-Ann, within seven (7) days of the date of this order, to serve and file a submission that includes the following information:

Jo-Ann asserts that the court's subject matter jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332. (Compl. ¶ 3.) For purposes of assessing diversity jurisdiction, the court must consider the domicile of all members of a limited liability

company. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *see also* Local Rules W.D. Wash. LCR 8(a) ("If plaintiff is asserting that this court has jurisdiction based on diversity, the compliant must identify the citizenship of the parties, and, if any of the parties is a limited liability corporation (LLC) . . . identify the citizenship of the . . . members of those entities to establish the court's jurisdiction."). Jo-Ann alleges that it is an Ohio limited liability company with its principal place of business in Hudson, Ohio. (Compl. ¶ 1.) Yet, Jo-Ann fails to allege the citizenship of its members. (*See generally id.*) Further, Jo-Ann alleges that Defendant Sound Properties, LLC ("Sound Properties"), is a Washington limited liability company with its principal places of business in Snoqualmie, Washington (*id.* ¶ 2), but fails to allege the citizenship of any of its members (*see generally id.*). Absent such allegations, the court cannot determine if Jo-Ann has properly invoked this court's subject matter jurisdiction based on the parties' diversity of citizenship.[1]

Accordingly, the court ORDERS Jo-Ann to show cause why this case should not be dismissed for lack of subject matter jurisdiction. If Jo-Ann fails to provide the court with the information described above within seven (7) days of the date of this order, the case will be dismissed without prejudice. Any Defendant who appears in this proceeding

---

[1] The court notes that if any member of Jo-Ann or Sound Properties is itself a limited liability company, Jo-Ann must provide information about the citizenship of the members of that limited liability company as well, which is determined in the same manner described above—namely, by establishing the citizenship of each member. *See Johnson*, 437 F.3d at 899 (examining the citizenship of a limited partnership whose partners included limited liability companies by looking to the citizenship of the members of those limited liability companies). This process continues until every layer of limited liability company membership has been reduced to the citizenship of its individual members.

prior to the foregoing deadline, may, but is not required to, respond to the court's order to show cause within the same timeframe.

Dated this 22nd day of November, 2019.

James L. Robart
JAMES L. ROBART
United States District Judge