1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   JO-ANN STORES, LLC,

11                                       Plaintiff,

         v.

12   SOUND PROPERTIES, LLC,

13

14                                       Defendant.

CASE NO. C19-1831JLR

ORDER GRANTING
STIPULATED MOTION FOR
LEAVE TO WITHDRAW &
SUBSTITUTE COUNSEL

15        Before the court is Defendant Sound Properties, LLC's unopposed motion for

16   leave to withdraw and substitute counsel.  (Mot. (Dkt. # 17).)  A stipulation in support of

17   this motion signed by all parties is on file with the court, substituting counsel previously

18   //

19   //

20   //

21   //

22   //

ORDER - 1

1    appeared in this matter, and the case is still in its early stages.  (Stip. (Dkt. # 18).)  Good

2    cause having been shown, the court GRANTS the motion (Dkt. # 17).

3         Dated this 4th day of May, 2020.

4

5

6                                   JAMES L. ROBART
                                    United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2