**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JO-ANN STORES, LLC, an Ohio limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SOUND PROPERTIES, LLC, a Washington limited liability company <br><br> Defendant. | No. 2:19-CV-01831-JLR <br><br> **ORDER GRANTING STIPULATION RESETTING TRIAL DATE & RELATED DATES** <br><br> **NOTE ON MOTION CALENDAR:** <br> **Friday, September 11, 2020** |

**THIS MATTER** having come before the Court on the parties' Stipulation for Order Resetting Trial Date and Related Dates (the "Stipulation"), and the Court's September 8, 2020, Order [ECF # 22] pertaining to the parties' Joint Motion to Reset the Trial Date and Related Case Schedule Dates, and the Court having considered the pleadings and papers filed by the parties, the arguments of counsel, and all other matters properly before the Court,

**IT IS ORDERED** that the parties' Stipulation is **GRANTED**. The trial date in this case shall be moved to the end of the Court's trial calendar, and all related case schedule dates shall be adjusted in conformance with the new trial date, starting with a revised cutoff date for amending pleadings and disclosure of expert testimony under FRCP 26(a)(2).

The Court shall issue a new case schedule, with a new trial date and related dates,

ORDER GRANTING STIPULATION
FOR AN ORDER RESETTING TRIAL DATE &
RELATED DATES - PAGE 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000 ⬥ FAX (509) 838-0007

consistent with this Order.

DATED this 14th day of September, 2021.

JAMES L. ROBART
United States District Judge

ORDER GRANTING STIPULATION
FOR AN ORDER RESETTING TRIAL DATE &
RELATED DATES - PAGE 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000 ⬥ FAX (509) 838-0007

1  Presented by:

2

3  **Goldfarb & Huck Roth Riojas, PLLC**  **Pain Hamblen LLP**
   */s/ Christopher M. Huck*  */s/ Brant M. Olson*
   Christopher M. Huck, WSBA No. 34104  Brant M. Olson, WSBA No. 46656
4  */s/ R. Omar Riojas*
   R. Omar Riojas, WSBA No. 35400

5

6  925 Fourth Avenue, Suite 3950  717 W. Sprague Ave., Suite 1200
   Seattle, Washington 98104  Spokane, Washington 99201
   Telephone: (206) 452-0260  Telephone: (509) 455-6000
7  Facsimile: (206) 397-3062  Facsimile: (509) 838-0007
   E-mail: huck@goldfarb-huck.com  Email: brant.olson@painehamblen.com
8          riojas@goldfarb-huck.com

9  Attorneys for Plaintiff  Attorneys for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATION  *PAINE HAMBLEN LLP*
FOR AN ORDER RESETTING TRIAL DATE &  717 WEST SPRAGUE AVENUE, SUITE 1200
RELATED DATES - PAGE 3  SPOKANE, WA  99201
PHONE (509) 455-6000 ⬥ FAX (509) 838-0007

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on September 11, 2020 and was served via the Court's CM/ECF system on all counsel of record.

DATED this September 11, 2020 at Seattle, Washington

                               */s/ Brant M. Olson*
                               Brant M. Olson, WSBA #46656

ORDER GRANTING STIPULATION
FOR AN ORDER RESETTING TRIAL DATE &
RELATED DATES - PAGE 4

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000 ⬥ FAX (509) 838-0007